IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY LAMAR VANN, § | |
| Plaintiff, § | |
| § | 3:10-CV-1517-K |
| v. § | |
| § | |
| BRITISH PETROLEUM OIL CO., § | |
| ET AL., § | |
| Defendants. § | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Plaintiff's objections **fail** to respond to the Magistrate Judge's Questionnaire by failing to provide any evidence of a contract between Plaintiff and Defendants.

Plaintiff's objections filed on February 25, 2011, hereby are **OVERRULED.**

Further, Plaintiff's objection to Court Order, filed on February 25, 2011, which is an objection to Judge Stickney's order denying plaintiff's motion to disqualify counsel are frivolous and are therefore **OVERRULED.**

SO ORDERED.

Signed this 10th day of March, 2011.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE